1  ORIN SNYDER (admitted pro hac vice)
   Email: osnyder@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, New York 10166-0193
   Telephone: (212) 351-4000
4  Facsimile: (212) 351-4035

5  CHRISTOPHER D. DUSSEAULT, SBN 177557
   Email: cdusseault@gibsondunn.com
6  JAY SRINIVASAN, SBN 181471
   Email: jsrinivasan@gibsondunn.com
7  DANIEL M. FLORES, SBN 222055
   Email: dflores@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
9  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
10 Facsimile: (213) 229-7520

11 Attorneys for Defendant
   Warner Music Group Corp.
12
   MAXWELL M. BLECHER, SBN 26202
13 Email: mblecher@blechercollins.com
   COURTNEY A. PALKO, SBN 233822
14 Email: cpalko@blechercollins.com
   BLECHER & COLLINS, P.C.
15 515 South Figueroa Street, 17th Floor
   Los Angeles, CA 90071-3334
16 Telephone: (213) 622-4222
   Facsimile: (213) 622-1656
17
   Attorneys for Plaintiff TSR Records, Inc.
18
19                UNITED STATES DISTRICT COURT
20                CENTRAL DISTRICT OF CALIFORNIA
21                      WESTERN DIVISION

22 TSR RECORDS, INC.,                  ) CASE NO. CV 06-1713-GPS (RCx)
                                       )
23              Plaintiff,             ) **STIPULATION FOR DISMISSAL**
                                       ) **WITH PREJUDICE**
24        v.                           )
                                       ) [Fed. R. Civ. P. 41(a)]
25 WARNER MUSIC GROUP CORP., and       )
   DOES 1-100,                         ) Hon. George P. Schiavelli
26                                     )
              Defendants.              ) Complaint filed March 21, 2006
27                                     )
28

67

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties have settled the dispute that is the subject of this action, and each party is to bear its own costs and fees.

DATED: July 16, 2007

ORIN SNYDER
CHRISTOPHER D. DUSSEAULT
JAY SRINIVASAN
DANIEL M. FLORES
GIBSON, DUNN & CRUTCHER LLP

By: _____
Christopher D. Dusseault

Attorneys for Defendant
Warner Music Group Corp.

DATED: July 16, 2007

MAXWELL M. BLECHER
COURTNEY A. PALKO
BLECHER & COLLINS, P.C.

By: _____
Maxwell M. Blecher

Attorneys for Plaintiff
TSR Records, Inc.

**IT IS SO ORDERED.**

Dated: Aug 8, 2007

By: _____
Hon. George P. Schiavelli
United States District Judge

100263703_1 DOC

2